**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Gerald E. Solberg Trust, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING STIPULATION** |
| | ) | **GRANTING PLAINTIFF LEAVE TO** |
| vs. | ) | **FILE FIRST AMENDED COMPLAINT** |
| | ) | |
| EOG Resources, Inc., | ) | |
| | ) | Case No.  4:13-cv-020 |
| Defendant. | ) | |

Before the court is a "Stipulation Granting Plaintiff Leave to File First Amended Complaint."  The court **ADOPTS** the stipulation (Docket No. 7) and **ORDERS** that:

1.  Plaintiff shall filed his First Amended Complaint, a copy of which was filed with the parties' stipulation, within five (5) calendar days of the date this Order is filed.

2.  Defendant shall file its response thereto within fourteen (14) days after the First Amended Complaint is filed.

**IT IS SO ORDERED.**

Dated this 18th day of April, 2013.

                                                        */s/ Charles S. Miller, Jr.*
                                                        Charles S. Miller, Jr., Magistrate Judge
                                                        United States District Court